# Amalia Rodriguez-Mendoza
## Travis County District Clerk
### Travis County Courthouse Complex
### P.O. Box 1748
### Austin, Texas 78767



June 3, 2015          03-15-00129-CV

Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. BOX 12547
Austin, Texas 78711-2547

Dear Mr. Kyle;

Re:  D-1-FM-13-005135

A clerk's record in cause number D-1-FM-13-005135, IMM: FOX was due in your office on May 26, 2015.  This office hasn't received payment for this record as of June 3, 2015.  Last contact with the attorney's office was today, June 3, 2015.

If you have any question please contact me at (512) 854-5852.


Thank you,

Sincerely,

Elizabeth Garcia
Deputy Court Clerk


cc: Court file